# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Donnie Ray Winston,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:08cv47

John Neil Vaughn,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/13/08 Order.

                                                 Signed: February 13, 2008

Frank G. Johns, Clerk
United States District Court